CAB-00-86   4

AO 440 (Rev. 1/90) Summons in a Civil Action

| RETURN OF SERVICE | | United States District Court |
|---|---|---|

| Service of the Summons and Complaint was made by me[1] | DATE 6/21/00 | Southern District of Texas FILED |
|---|---|---|

| NAME OF SERVER (PRINT) Lisa S. Brodyaga | TITLE Attorney | JUN 2 9 2000 |
|---|---|---|

Check one box below to indicate appropriate method of service

Michael N. Milby
Clerk of Court

☐ Served personally upon the defendant. Place where served : _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify) : _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___6/29/00___
           Date

Signature of Server

_____
Address of Server

Lisa Brodyaga, Attorney
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, Texas 78586

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

| A. Received by (Please Print Clearly) | B. Date of Delivery |
|---|---|

C. Signature
X _____   ☐ Agent   ☐ Addressee

1. Article Addressed to:

US Attorney
PO Box 61129
Houston TX
77208

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
Z 446 025 610

PS Form 3811, July 1999      Domestic Return Receipt      102595-99-M-1789