IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 5 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ANTONIO CHAVEZ-MENDOZA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | C.A. No. B-00-086 |
| ) | |
| E.M. TROMINSKI, ) | |
| INS DISTRICT DIRECTOR, ) | |
| ) | |
| Respondent. ) | |

## UNOPPOSED MOTION TO HOLD IN ABEYANCE

This case is similar to a number of cases raising related issues concerning the 1996 amendments to the Immigration and Nationality Act. The jurisdictional and other issues raised here are identical or similar to those recently addressed by this Court in <u>Cantu-Salinas v. Trominski</u>, No. CA B-97-183 (S.D. Tex. Order, Aug. 26, 1998), and in related cases. The Department of Justice has appealed the decisions in those cases to the Fifth Circuit Court of Appeals. Resolution of those cases on appeal likely would be controlling in this case. Oral arguments were made to the Fifth Circuit Court of Appeals on June 5, 2000.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on counsel at the following address, by depositing a copy of it in the United States mail, first class postage prepaid, to:

>Lisa S. Brodyaga, Esquire
>REFUGIO DEL RIO GRANDE
>17891 Landrum Park Rd.
>San Benito, TX 78586

on this the 28th day of June, 2000.

LISA M. PUTNAM
Special Assistant United States Attorney

Therefore, the parties respectfully submit that proceedings this case should be held in abeyance pending the appeal of <u>Cantu-Salinas</u> and related cases.

                              Respectfully submitted,

                              MERVYN M. MOSBACKER  
                              United States Attorney  
                              Southern District of Texas

                              _____  
                              LISA M. PUTNAM  
                              Special Assistant U.S. Attorney  
                              P.O. Box 1711  
                              Harlingen, Texas 78551  
                              Tel: (956) 389-7051  
Dated: June 28, 2000             Georgia Bar No. 590315  
                              Federal Bar No. 23937

## CERTIFICATE OF CONSULTATION

I hereby certify that the foregoing Motion to Hold in Abeyance was discussed with opposing counsel and that opposing counsel does not have an opposition to the Motion.

                              _____  
                              LISA M. PUTNAM  
                              Special Assistant United States Attorney