AO 440 (Rev.1/90) Summons in a Civil Action

B-00-86

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 6/22/00 |
| NAME OF SERVER (PRINT) Lisa S. Brodyaga | TITLE Attorney |

United States District Court
Southern District of Texas
FILED

JUL 07 2000

Michael N. Milby
Clerk of Court

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Cert Mail RRR

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/6/00
          Date                    Signature of Server

Lisa Brodyaga, Attorney
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, Texas 78586
          Address of Server

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Hon. Janet Reno
US Atty General
850 Penn. Ave NW #5111
Wash. DC 20530-0001

2. Article Number (Copy from service label)
7446 025 609

PS Form 3811, July 1999    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature
X  Ernest Parker      ☐ Agent
                      ☒ Addressee

D. Is delivery address different from item 1? ☒ Yes
   If YES, enter delivery address below: ☐ No

JUN 22 2000

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

United States District Court
Southern District of Texas
RECEIVED
JUL 07 2000
Michael N. Milby, Clerk of Court