IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANTONIO CHAVEZ-MENDOZA, ) | |
| Petitioner, ) | |
| ) | |
| v. ) | C.A. No. B-00-086 |
| ) | |
| E.M. TROMINSKI, ) | |
| I.N.S. DISTRICT DIRECTOR, ) | |
| Respondent. ) | |
| ) | |

## ORDER

Upon consideration of the Unopposed Motion to Hold in Abeyance, the Court finds that the Motion should be granted.

It is therefore ORDERED this case shall be held in abeyance pending a decision on appeal in Cantu-Salinas v. Trominski, No. CA B-97-183 (S.D. Tex.), and in related cases.

It is FURTHER ORDERED that Respondent shall be given 60 days from the entry of any dispositive order in Cantu-Salinas v. Trominski and related cases to file responsive pleadings in this matter.

Done this __24__ day of __July__, 2000, in Brownsville, Texas.

_____