

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

FEB 0 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ANTONIO CHAVEZ-MENDOZA | § § | |
| VS. | § | CIVIL ACTION NO. B-00-086 |
| E.M. TROMINSKI, ET AL. | § § | |

TYPE OF CASE:         __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                                                      ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**                **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                                            DATE AND TIME:

**FEBRUARY 21, 2001 AT 2:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   FEBRUARY 2, 2001

TO:      MS. LISA BRODYAGA
           MS. CHERI L. JONES
           MS. LISA M. PUTNAM

ClibPDF - www.fastio.com