9

THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

United States District Court
Southern District of Texas
FILED

FEB 2 1 2001

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-00-086              DATE & TIME:    02-21-01 AT 2:30 P.M.

ANTONIO CHAVEZ-MENDOZA                 PLAINTIFF(S)    LISA BRODYAGA
                                       COUNSEL

VS.

E.M. TROMINSKI, ET AL.                 DEFENDANT(S)    LISA PUTNAM
                                       COUNSEL         CHERI L. JONES

-------------------------------------------------------------------------------

Lisa Brodyaga and Lisa Putnam appeared in chambers for a status conference.

This case is on appeal. Continue abatement.